# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00680-CV

**Armstrong McCall, LP, Appellant**

**v.**

**Amcobeauty Corporation, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
## NO. D-1-GN-08–003311, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Armstrong McCall, LP has filed Appellant's Unopposed Motion to Dismiss Interlocutory Appeal. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   January 7, 2009